**FILED**
SEP 13 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. **W16CR248** |
| Plaintiff, | * | |
| | * | INDICTMENT |
| V. | * | |
| | * | [VIO: COUNT ONE: 21 U.S.C. 846 {21 U.S.C. 841(a)(1) & 841(b)(1)(C)} – Conspiracy to Possess With Intent to Distribute Methamphetamine, a Schedule II Controlled Substance; COUNT TWO: 18 U.S.C. 924(c)(1)(A)(i) – Possession of a Firearm During the Commission of a Drug Trafficking Crime] |
| PABLO DANIEL SUARDI (1), | * | |
| SHAWN CHRISTOPHER GARRETT (2) | * | |
| JACOB BLACKSTONE (3), | * | |
| JIMMY DEAN BLACKSTONE (4), | * | |
| MARY ELIZABETH WALLACE (5), | * | |
| MISTY CRUME (6), | * | |
| | * | |
| Defendants. | * | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. 846 {21 U.S.C. 841(a)(1) & 841(b)(1)(C)}]

Beginning in or about April, 2012, the exact date unknown, and continuing until the present time, in the Western District of Texas and elsewhere, Defendants,

**PABLO DANIEL SUARDI,
SHAWN CHRISTOPHER GARRETT,
JACOB BLACKSTONE,
JIMMY DEAN BLACKSTONE,
MARY ELIZABETH WALLACE,**
and
**MISTY CRUME,**

and others both known and unknown to the Grand Jury, did unlawfully and willfully combine, conspire, confederate and agree together and with each other and others, to possess with intent to distribute a controlled substance, which offense involved a mixture or substance containing methamphetamine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and in violation of Title 21, United States Code, Section 846.

## COUNT TWO
### [18 U.S.C. 924(c)(1)(A)(i)]

On or about December 10, 2015, in the Western District of Texas, Defendant,

**JACOB BLACKSTONE,**

did knowingly possess the following firearm, to-wit:

An ATI, Fat-Boy, .45 caliber, semi-automatic handgun, bearing Serial Number FBLW102182;

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to-wit: *Conspiracy to Possess With Intent to Distribute Methamphetamine, a Schedule I Controlled Substance*, contrary to Title 21, United States Code, Sections 841(a)(1) and 846, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL:

SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002

_____
FOREPERSON

RICHARD L. DURBIN, JR.
United States Attorney

By: _____
MARY F. KUCERA
Assistant United States Attorney